IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RECELL REDMOND          PLAINTIFF

VS.          CAUSE NO. 3:16cv00361-DCB-MTP

YAZOO COUNTY, MISSISSIPPI,
SHERIFF JAKE SHERIFF, IN HIS OFFICIAL CAPACITY,
SIMON STUBBLEFIELD, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY, TERRY GANN,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,
BRIAN WHITE, BENTONIA VOLUNTEER FIRE
DEPARTMENT AND JOHN DOES 1-10          DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## OF BENTONIA VOLUNTEER FIRE DEPARTMENT

There came on to be heard this day the Motion for Summary Judgment filed by Bentonia Volunteer Fire Department, and the Court, having considered same, noting that plaintiff has not opposed the motion and otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that Bentonia Volunteer Fire Department's Motion for Summary Judgment is hereby granted and Bentonia Volunteer Fire Department is dismissed with prejudice with each party to bear their own costs.

IT IS FURTHER ORDERED that this is a final judgment within the meaning of Fed. R. Civ. P. 54(b) and that there is no just reason for delay in the entry of a final judgment from which appeal may be taken.

SO ORDERED AND ADJUDGED, this the 6th day of September, 2016.

         s/David Bramlette
         UNITED STATES DISTRICT COURT JUDGE

D0621920.1

APPROVED AND AGREED:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT,
BENTONIA VOLUNTEER FIRE DEPARTMENT